IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY B. WILLIAMSON                                                                                   PLAINTIFF
ADC #109343

V.                                    NO: 5:16CV00146 BSM/PSH

WENDY KELLEY                                                                                             DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Anthony B. Williamson filed what was docketed as a *pro se* complaint on May 11, 2016 (Doc. No. 1). Williamson has now filed what has been docketed as a motion to dismiss, in which he asserts it was not his intent to file a complaint, he was only seeking assistance in obtaining *in forma pauperis* application paperwork, and has now received the information he sought. For good cause shown, the motion should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1.      Williamson's motion to voluntarily dismiss his complaint (Doc. No. 3) be

1

GRANTED, and his complaint be DISMISSED WITHOUT PREJUDICE.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE