# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTHONY B. WILLIAMSON**  **PLAINTIFF**
**ADC #109343**

**v.**    **CASE NO. 5:16-CV-000146 BSM**

**WENDY KELLEY, Director,**  **DEFENDANT**
**Arkansas Department of Correction**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted and Williamson's motion to dismiss [Doc. No. 3] is granted.

Accordingly, this case is dismissed without prejudice. An *in forma pauperis* appeal from this order would not be in good faith.

IT IS SO ORDERED this 16th of June 2016.

_____
UNITED STATES DISTRICT JUDGE